# UNITED STATES COURT OF INTERNATIONAL TRADE

## INFORMATION STATEMENT

(*Place an "X" in applicable* □)

| | |
|---|---|
| **PLAINTIFF:**<br> SHANGHAI SELECT SAFETY PRODUCTS<br> COMPANY LIMITED<br><br>**ATTORNEY** (*Name, Firm, Address, Telephone Number, E-mail Address*): Jennifer H. Blecher<br> Seiden Law LLP<br> 322 8th Avenue, Suite 1200<br> New York, New York 10001<br> (646) 766-1763<br> jblecher@seidenlaw.com | **COURT NO.**: |

**CONSTITUTIONAL ISSUE - 28 U.S.C. § 255**

**If this action raises an issue of the constitutionality of an Act of Congress, a proclamation of the President or an Executive order, check this box:** □

## J U R I S D I C T I O N

**28 U.S.C. § 1581(a) - Tariff Act of 1930, Section 515 - 19 U.S.C. § 1515**

□ Appraisal          □ Classification          □ Charges or Exactions          □ Vessel Repairs

□ Exclusion          □ Liquidation          □ Drawback

□ Refusal to Reliquidate          □ Rate of Duty          □ Redelivery

**28 U.S.C. § 1581(b) - Tariff Act of 1930, Section 516 - 19 U.S.C. § 1516**

□ Appraisal          □ Classification          □ Rate of Duty

**28 U.S.C. § 1581(c) - Tariff Act of 1930, Section 516A(a)(1), (a)(2) or (a)(3) - 19 U.S.C. §1516a or Section 517(g) – 19 U.S.C. §1517**

(*Provide a brief description of the administrative determination you are contesting, including any relevant **Federal Register** or **Administrative Determination** citation(s) and the product(s) involved in the determination.   For Section 516A(a)(1) or (a)(2), cite the specific subparagraph and clause of the section.*)

Subparagraph and Clause _____ Agency_____

***Federal Register*** or ***Administrative Determination*** Cite(s) _____

Product(s)_____

**28 U.S.C. § 1581(d) - Trade Act of 1974 - 19 U.S.C. §§ 2273, 2341, 2401b**

□ U.S. Secretary of Labor          □ U.S. Secretary of Commerce          □ U.S. Secretary of Agriculture

**28 U.S.C. § 1581(e) - Trade Agreements Act of 1979, Section 305(b)(1) - 19 U.S.C. § 2515** (*Provide a brief statement of the final determination to be reviewed.*)

**28 U.S.C. § 1581(f) - Tariff Act of 1930, Section 777(c)(2) - 19 U.S.C. § 1677f(c)(2)**

Agency:     □ U.S. International Trade Commission          □ Administering Authority

**28 U.S.C. § 1581(g) - Tariff Act of 1930, Section 641 - 19 U.S.C. § 1641 - or Section 499 - 19 U.S.C. § 1499**

□ Sec. 641(b)(2)          □ Sec. 641(b)(3)          □ Sec. 641(c)(1)          □ Sec. 641(b)(5)

□ Sec. 641(c)(2)          □ Sec. 641(d)(2)(B)          □ Sec. 499(b)

**J U R I S D I C T I O N**
(Continued)

**28 U.S.C. § 1581(h) - Ruling relating to:**

☐ Classification   ☐ Valuation   ☐ Restricted Merchandise

☐ Rate of Duty   ☐ Marking   ☐ Entry Requirements

☐ Drawbacks   ☐ Vessel Repairs   ☐ Other:  _____

_____

**28 U.S.C. § 1581(i)** - (*Cite any applicable statute and provide a brief statement describing jurisdictional basis.*)

Action contesting a Withhold Release Order under Section 307, Tariff Act of 1930, 19 USC 1307, a federal statute providing for an embargo on the importation of merchandise.

**28 U.S.C. § 1582 - Actions Commenced by the United States**

☐ (1) Recover civil penalty under Tariff Act of 1930:

☐ Sec. 592   ☐ Sec. 593A   ☐ Sec. 641(b)(6)

☐ Sec. 641(d)(2)(A)   ☐ Sec. 704(i)(2)   ☐ Sec. 734(i)(2)

☐ (2) Recover upon a bond

☐ (3) Recover customs duties

**R E L A T E D   C A S E (S)**

To your knowledge, does this action involve a common question of law or fact with any other action(s) previously decided or now pending?

|  | PLAINTIFF | COURT NUMBER | JUDGE |
|---|---|---|---|
| ☐ Decided: |  |  |  |
| ☐ Pending: |  |  |  |

(Attach additional sheets, if necessary.)

/s/ Jennifer H. Blecher

*Signature of Plaintiff's Attorney*

4/2/2026

*Date*

(As amended, eff. Jan. 1, 1985; Jan. 25, 2000, eff. May 1, 2000; May 25, 2004, eff. Sept. 1, 2004; Nov. 29, 2005, eff. Jan. 1, 2006; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 4, 2012, eff. Jan. 1, 2013; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 23, 2025, eff. Dec. 1, 2025.)