**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by Jennifer H. Blecher

(Name of attorney of record)

on behalf of  SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED  in the

matter of  SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED et al;  v.  United States et al ,

Court No.    26-02592  .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED is the parent company of

SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED

2. Indicate whether the party on whose behalf this Form is being filed is [x] or is not [ ] the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

Not applicable.

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

Not applicable.

/s/ Jennifer H. Blecher

Signature of Attorney

4/2/2026

Date

Seiden Law LLP

Firm

322 8th Avenue, Suite 1200

Street Address

New York, New York 10001

City, State and Zip Code

(646) 766-1763

Telephone Number

jblecher@seidenlaw.com

E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)