**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## <u>DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST</u>

This notification is submitted by <u>Jennifer H. Blecher</u>

<div align="center">(Name of attorney of record)</div>

on behalf of <u>SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED</u> in the
matter of <u>SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED et al;</u> v. <u>United States et al</u> ,
Court No. <u>26-02592</u> .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED is 70% owned by</u>

<u>SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED and 30% owned by</u>

<u>SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED</u>

2. Indicate whether the party on whose behalf this Form is being filed is [X] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

<u>Not applicable.</u>

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

<u>Not applicable.</u>

<u>/s/ Jennifer H. Blecher</u>

<div style="margin-left:2em">Signature of Attorney</div>

<u>Seiden Law LLP</u>

<div style="margin-left:2em">Firm</div>

<u>322 8th Avenue, Suite 1200</u>

<div style="margin-left:2em">Street Address</div>

<u>New York, New York 10001</u>

<div style="margin-left:2em">City, State and Zip Code</div>

<u>(646) 766-1763</u>

<div style="margin-left:2em">Telephone Number</div>

<u>jblecher@seidenlaw.com</u>

<div style="margin-left:2em">E-mail Address</div>

<u>4/2/2026</u>

<div align="center">Date</div>

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)