FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 11**

SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED, and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED,

          Plaintiffs,

  v.

UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

          Defendants.

Court No.      26-02592

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for  plaintiffs , SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED, and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED , in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

Jennifer H. Blecher .

Date: 4/2/2026

/s/ Jennifer H. Blecher
<br>Signature

Jennifer Blecher
<br>Attorney

Seiden Law LLP
<br>Firm

322 8th Avenue, Suite 1200
<br>Street Address

New York, New York, 10001
<br>City, State and Zip Code

(646) 766-1763
<br>Telephone Number

jblecher@seidenlaw.com
<br>E-mail Address