FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**        **FORM 11**

| | |
|---|---|
| SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED, and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>Defendants. | Court No.        26-02592 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for  plaintiffs        , SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED, and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED , in this action

☐ and for the parties indicated in the actions listed on the attached

schedule

and requests that all papers be served on him/her.

☒  The  individual  attorney  in  the  undersigned  firm,  corporate  law

department, or the Government, who is responsible for the litigation, is

Xintong Zhang
_____ .

Date: 4/2/2026
_____

/s/ Xintong Zhang
_____
Signature

Xintong Zhang
_____
Attorney

Seiden Law LLP
_____
Firm

322 8th Avenue, Suite 1200
_____
Street Address

New York, New York, 10001
_____
City, State and Zip Code

(646)-603 1262
_____
Telephone Number

xzhang@seidenlaw.com
_____
E-mail Address