# UNITED STATES COURT OF INTERNATIONAL TRADE

|  |  |
|---|---|
| SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED STATES,<br><br>                    Defendant. | **Court No. 26-02592** |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to the Honorable Lisa W. Wang.

            /s/ Mark A. Barnett
                Mark A. Barnett
                Chief Judge

Dated:   April 14, 2026