UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: HON. LISA W. WANG, JUDGE

SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED, and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED

*Plaintiffs*,

v.

UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,

*Defendants*.

Court No.: 26-2592

**JOINT MOTION FOR A JUDICIAL PROTECTIVE ORDER**

Plaintiffs and Defendants, by their respective counsel, do hereby jointly move this Court to enter the attached Stipulated Protective Order (the "Protective Order"), agreed by the parties in this action. The Protective Order will require that confidential information filed with the Court in this action, and so identified or designated, shall after entry of the attached Protective Order, be made available to the parties, and other permitted by, in accordance with, the terms of the Protective Order. The Protective Order and the Court of the International Trade Rule 5.2 and Administrative Order 02-01 will govern the handling, use, safeguarding, and disposal of Confidential Information produced in connection with this action.

Respectfully submitted,

/s/ *Jennifer H. Blecher*
Jennifer H. Blecher
322 8th Avenue, Suite 1200
New York, New York 10001
(646) 766-1763
jblecher@seidenlaw.com

*Counsel for Plaintiffs*

/s/ *Margaret J. Jantzen*
Margaret J. Jantzen
Senior Trial Counsel
Civil Division, Dept. of Justice
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
(202) 353-7994
Margaret.j.jantzen@usdoj.gov

*Counsel for Defendants*

Dated: August 31, 2026