IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LISA W. WANG, JUDGE

| | |
|---|---|
| SHANGHAI SELECT SAFETY PRODUCTS COMPANY LIMITED, SELECT (NANTONG) SAFETY PRODUCTS COMPANY LIMITED, and SELECT PROTECTIVE TECHNOLOGY (HK) LIMITED,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES OF AMERICA; U.S. DEPARTMENT OF HOMELAND SECURITY; and U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendants*. | Court No.: 26-02592 |

**ANSWER TO SECOND AMENDED COMPLAINT**

Pursuant to Rule 7(a) of the Rules of the United States Court of International Trade, Defendants respond to the allegations of plaintiffs' Second Amended Complaint as follows:

The unnumbered introductory paragraph identifies the parties, and constitute plaintiffs' characterization of their case, to which no response is required.

1. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent a response is required, denies.

2. Admits the allegations in this paragraph to the extent supported by the U.S. Customs and Border Protection (CBP) Press Release issued on January 27, 2025, and admits any other allegations of fact to the extent supported by the Administrative Record, otherwise denies.

3. The allegations in this paragraph constitute plaintiffs' characterizations of their case to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

4. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

5. Admits the allegations in this paragraph to the extent supported by the Administrative Record, otherwise denies.

6. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

7. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

8. Admits the allegations in the first sentence of this paragraph to the extent supported by CBP's July 16, 2026, Decision. The remaining allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

9. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

10. This allegation consists of legal argument and/or conclusions of law to which no response is required.

11. Admits the allegations in this paragraph to the extent supported by the Administrative Record, otherwise denies except to the extent supported by the Administrative record.

12. Admits the allegations in this paragraph to the extent supported by the Administrative Record, otherwise denies except to the extent supported by the Administrative record.

13. Admits the allegations in this paragraph to the extent supported by the Administrative Record, otherwise denies except the extent supported by the Administrative Record.

14. This allegation consists of legal argument and/or conclusions of law to which no response is required.

15. Admits that the Department of Homeland Security is a federal agency headquartered in the District of Columbia, otherwise denies the remaining allegations in this paragraph.

16. Admits.

17. This allegation consists of legal argument and/or conclusions of law to which no response is required.

18. This allegation consists of legal argument and/or conclusions of law to which no response is required.

19. This allegation consists of legal argument and/or conclusions of law to which no response is required. To the extent a response is necessary, admits to the extent supported by the referenced law, otherwise denies.

20. This allegation consists of legal argument and/or conclusions of law to which no response is required.

21. This allegation consists of legal argument and/or conclusions of law to which no response is required. To the extent a response is necessary, admits to the extent supported by the referenced law, otherwise denies.

22. This allegation consists of legal argument and/or conclusions of law to which no response is required.

23. This allegation consists of legal argument and/or conclusions of law to which no response is required.

24. This allegation consists of legal argument and/or conclusions of law to which no response is required.

25. This allegation consists of legal argument and/or conclusions of law to which no response is required.

26. Admits the allegations in this paragraph to the extent supported by the Administrative Record, otherwise denies.

27. This allegation consists of legal argument and/or conclusions of law to which no response is required.

28. The allegations in this paragraph consist of legal arguments and/or conclusions of law to which no response is required, otherwise denies except to the extent supported by the Administrative Record.

29. Admits the allegations in the first sentence of this paragraph. The allegations in the second sentence of this paragraph consist of legal arguments and/or conclusions of law to which no response is required, otherwise denies except to the extent supported by the Administrative Record

30. Admits the allegations in the first sentence of this paragraph. The allegations in the second sentence of this paragraph consist of legal arguments and/or conclusions of law to which

no response is required, otherwise denies except to the extent supported by the Administrative Record

31. The allegations in this paragraph consist of legal arguments and/or conclusions of law to which no response is required.

32. The allegations in this paragraph consist of legal arguments and/or conclusions of law to which no response is required.

33. This allegation consists of legal argument and/or conclusions of law to which no response is required. To the extent a response is necessary, admits to the extent supported by the referenced law, otherwise denies.

34. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, admits to the extent supported by the statutes, regulations, and caselaw cited or quoted in this paragraph; otherwise, denies.

35. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, admits to the extent supported by the statute and Notice cited in this paragraph; otherwise, denies.

36. Admits to the extent supported by the Administrative Record, otherwise denies.

37. Denies except to the extent support by the Administrative Record.

38. Denies except to the extent support by the Administrative Record.

39. Denies except to the extent support by the Administrative Record.

40. Admits to the extent supported by the Administrative Record, otherwise denies.

41. Admits to the extent supported by the Administrative Record, otherwise denies

42. Admits to the extent supported by the Administrative Record, otherwise denies.

43. Admits to the extent supported by the Administrative Record, otherwise denies..

44. Admits to the extent supported by the Administrative Record, otherwise denies

45. Admits to the extent supported by the Administrative Record, otherwise denies.

46. Admits to the extent supported by the Administrative Record, otherwise denies

47. Admits to the extent supported by the Administrative Record, otherwise denies.

48. Admits to the extent supported by the Administrative Record, otherwise denies.

49. Admits to the extent supported by the Administrative Record, otherwise denies

50. Admits to the extent supported by the Administrative Record, otherwise denies

51. Admits to the extent supported by the Administrative Record, otherwise denies.

52. Admits to the extent supported by the Administrative Record, otherwise denies.

53. Denies.

54. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent a response is required, denies.

55. The allegations in this paragraph are plaintiffs' characterizations of other WROs issued against other parties not related to this matter. The cited WROs speak for themselves and are the best evidence of their content.

56. Admits to the extent supported by the Administrative Record, otherwise denies.

57. Admit the first two sentences in this paragraph to the extent supported by the administrative record. The remaining allegations in this paragraph constitute plaintiffs' characterizations of their case to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

58. The allegations in this paragraph constitute plaintiffs' characterization of their case

to which no response is required. To the extent they are deemed allegations of fact, admits to the extent supported by the Administrative Record, otherwise denies.

59. Admits to the extent supported by the Administrative Record, otherwise denies.

60. Admits to the extent supported by the Administrative Record, otherwise denies.

61. Admits to the extent supported by the Administrative Record, otherwise denies.

62. Admits to the extent supported by the Administrative Record, otherwise denies.

63. Admits to the extent supported by the Administrative Record, otherwise denies.

64. Admits to the extent supported by the Administrative Record, otherwise denies.

65. Admits to the extent supported by the Administrative Record, otherwise denies.

66. Admits to the extent supported by the Administrative Record, otherwise denies.

67. Admits.

68. Admits to the extent supported by the Administrative Record, otherwise denies.

69. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, denies except to the extent supported by the Administrative Record.

70. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, denies the allegations except to the extent supported the Administrative Record.

71. The allegations in this paragraph constitute plaintiffs' characterizations of their case to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

72. The allegations in this paragraph constitute plaintiffs' characterizations of their case to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

73. The allegations in this paragraph constitute plaintiffs' characterizations of their case to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies

74. The allegations in this paragraph constitute plaintiffs' characterizations of their case to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Administrative Record, otherwise denies.

75. Denies the allegations in the first and third sentences of this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness. To the extent the allegations in the second sentence of this paragraph are factual, admits to the extent supported the Administrative Record; otherwise denies. To the extent the allegations in the second sentence of this paragraph consist of plaintiffs' characterizations of the Order, legal argument and/or conclusions of law, no response is required. To the extent a response is required, denies.

76. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

77. Denies the allegations in this paragraph for lack of information or knowledge sufficient to form a belief as to their truthfulness.

78. This allegation consists of legal argument and/or conclusions of law to which no response is required. To the extent they are deemed allegations of fact, denies.

79. Defendants incorporate by reference their responses to paragraphs 1 through 78 of this Second Amended Complaint as if fully set forth herein.

80. The allegations in the first sentence consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

81. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent a response is required, denies.

82. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, admits to the extent supported by the statute and caselaw cited in this paragraph; otherwise, denies.

83. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

84. Defendants incorporates by reference their responses to paragraphs 1 through 83 of this Second Amended Complaint as if fully set forth herein.

85. The allegations in this paragraph constitute plaintiffs' characterizations of their case and conclusions of law to which no response is required; to the extent they are deemed allegations of fact, admits to the extent supported the Order, which speaks for itself and is the best evidence of its contents; otherwise, denies.

86. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent any of the allegations are deemed factual, admits to the extent supported by the Administrative Record, and otherwise denies.

87. Defendants incorporate by reference their responses to paragraphs 1 through 86 of this Second Amended Complaint as if fully set forth herein.

88. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

89. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, admits to the extent supported by the caselaw cited in this paragraph; otherwise, denies.

90. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

91. The allegations in this paragraph consist of legal argument and/or conclusions of

law to which no response is required. To the extent that a response is required, denies.

92. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

93. The allegations in this paragraph consist of legal argument and/or conclusions of law to which no response is required. To the extent that a response is required, denies.

**PRAYERS FOR RELIEF**

These allegations consist of plaintiff's request for relief, to which no response is required. To the extent a response is necessary, denies that plaintiffs are entitled to the relief requested, or any relief whatsoever.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/Margaret J. Jantzen
MARGARET J. JANTZEN
Senior Trial Counsel
U.S. Department of Justice
Civil Division
P.O. Box 480, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 353-7994
Email:
Margaret.j.jantzen@usdoj.gov

September 21, 2026

*Attorneys for Defendant*